IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPHINE COUNTY,

        Plaintiffs,

v.

STATE OF OREGON and ATTORNEY
GENERAL ELLEN F. ROSENBLUM,

        Defendants.

_____

Case No. 1:18-cv-00566-CL

ORDER

MCSHANE, Judge:

        Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 18), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore*

*Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

Magistrate Judge Clarke's Findings and Recommendation (ECF No. 18) is adopted. Defendants' motion to dismiss (ECF No. 5) is GRANTED and this action is DISMISSED, with prejudice.

IT IS SO ORDERED.

DATED this 23rd day of October, 2018.

       /s/ Michael J. McShane
Michael McShane
United States District Judge